UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS H. CARSON,

    Plaintiff,

v.                                    CASE NO.: 8:08-cv-1361-T-23MCR

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.
_____/

## ORDER

The plaintiff objects (Doc. 20) to the July 31, 2009, report and recommendation (Doc. 19) in this case and the defendant responds, concurring with the magistrate judge's findings (Doc. 21). A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objections (Doc. 20) are **OVERRULED** and the magistrate judge's report and recommendation (Doc. 19) is **ADOPTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is **AFFIRMED**. The clerk is directed to (1) enter judgment in favor of the Commissioner and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 4, 2009.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE